**CYBIOTRONICS, LTD.,**
**Plaintiff–Appellee,**

v.

**GOLDEN SOURCE ELECTRONICS,**
**INC., Defendant,**

and

**Smoothline, Ltd., Defendant–Appellant.**

**No. 01–1571.**

United States Court of Appeals,
Federal Circuit.

Sept. 5, 2001.

**ORDER**

The parties having so agreed, it is

at 10% evaluation, effective date October 3, 1995.

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).